IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSE EMILIO VALLECILLA CUERO,

                Petitioner,

    v.                                      OPINION and ORDER

WARDEN E. EMMERICH and U.S. IMMIGRATION          26-cv-571-jdp
AND CUSTOMS ENFORCEMENT,

                Respondents.

---

Petitioner Jose Emilio Vallecilla Cuero, proceeding without counsel, seeks habeas corpus relief under 28 U.S.C. § 2241, requesting an order directing the Bureau of Prisons to apply First Step Act time credits entitling him to early release in January 2027. I have previously denied two § 2241 petitions brought by Vallecilla Cuero because this court could not consider his challenge to the final order of removal that prevents him from receiving First Step Act time credits. *Vallecilla Cuero v. Emmerich*, No. 24-cv-934-jdp, 2025 WL 1697185 (W.D. Wis. June 17, 2025); *Vallecilla Cuero v. Dep't of Homeland Sec.*, No. 25-cv-585-jdp, 2025 WL 2576360, (W.D. Wis. Aug. 14, 2025). Vallecilla Cuero filed his current petition in the Court of Appeals for the Seventh Circuit, which transferred it to this court. *See* Dkt. 1.

Vallecilla Cuero again contends that the BOP prohibits application of his First Step Act time credits because of a 2024 order of removal. But his circumstances have changed since he filed his petition. My review of the court of appeals record shows that the government canceled the 2024 order of removal but has issued a new administrative removal order. *See Vallecilla Cuero v. Emmerich*, No. 26-1890 (7th Cir), at Dkt. 8. I will give Vallecilla Cuero an opportunity to submit an amended petition and an amended brief to address this change in circumstances.

ORDER

IT IS ORDERED that petitioner may have until August 21, 2026, to submit an amended habeas petition and brief in support.

Entered July 21, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

2