IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE EMILIO VALLECILLA CUERO,

Petitioner,

v.

OPINION and ORDER

WARDEN E. EMMERICH and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

26-cv-571-jdp

Respondents.

Petitioner Jose Emilio Vallecilla Cuero, proceeding without counsel, seeks habeas corpus relief under 28 U.S.C. § 2241, requesting an order directing the Bureau of Prisons to apply First Step Act time credits entitling him to early release in January 2027. I previously denied two § 2241 petitions brought by Vallecilla Cuero because this court could not consider his challenge to the final order of removal that prevents him from receiving First Step Act time credits. *Vallecilla Cuero v. Emmerich*, No. 24-cv-934-jdp, 2025 WL 1697185 (W.D. Wis. June 17, 2025); *Vallecilla Cuero v. Dep't of Homeland Sec.*, No. 25-cv-585-jdp, 2025 WL 2576360, (W.D. Wis. Aug. 14, 2025). Vallecilla Cuero filed his current petition in the Court of Appeals for the Seventh Circuit, which transferred it to this court. *See* Dkt. 1.

Vallecilla Cuero again contends that the BOP prohibits application of his First Step Act time credits because of a 2024 order of removal. But his circumstances have changed since he filed his petition. The court of appeals record shows that the government canceled the 2024 order of removal but has issued a new administrative removal order. *See Vallecilla Cuero v. Emmerich*, No. 26-1890 (7th Cir.), at Dkt. 8. I gave Vallecilla Cuero an opportunity to submit an amended petition and an amended brief to address this change in circumstances. Dkt. 4. But Vallecilla Cuero did not do so; instead he appears to be seeking review of the new

administrative removal order in the court of appeals. *See Vallecilla Cuero v. Blanche*, No. 26-2243 (7th Cir.). That leaves the original question whether the 2024 order of removal bars him from receiving First Step Act credits. But that issue is moot because Vallecilla Cuero is no longer subject to the 2024 order of removal and any current denial of credits is due to the new administrative removal order, which he is not challenging here. I will dismiss this petition.

ORDER

IT IS ORDERED that:

1. Petitioner Jose Emilio Vallecilla Cuero's petition, Dkt. 1, is DISMISSED.
2. The clerk of court is directed to enter judgment and close the case.

Entered September 17, 2026.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge